James J. Arendt, Esq.     Bar No. 142937
Ashley N. Reyes, Esq.     Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Ave., Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendants Kings County Sheriff's Office and Taylor Lopes

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING, #BD2778,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KINGS COUNTY SHERIFF'S OFFICE, a municipal entity; TAYLOR LOPES, an individual; NAPHCARE, INC., a Delaware corporation; ALAN AGUILAR, an individual; ROBYNN WESTON, an individual; NAEEM SIDDIQI, an individual; and DOES 1-20,<br><br>　　　　Defendants. | CASE NO. 1:20-CV-00943-NONE-JLT<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CLOSING THE ACTION AS TO THE COUNTY OF KINGS AND TAYLOR LOPEZ**<br>(Doc. 18) |

On February 11, 2021, Plaintiff, and Defendants County of Kings and Taylor Lopez (collectively "County Defendants") completed the execution of a settlement agreement in exchange for which Plaintiff agreed to dismiss the action with prejudice as to the County Defendants.

The parties respectfully stipulate and request that the County Defendants be dismissed

/ / /

/ / /

/ / /

/ / /

---

Stipulated Dismissal and [~~Proposed~~] Order

1

with prejudice.  Plaintiff and the County Defendants to bear their own costs and attorneys' fees.

Dated:  February 12, 2021			WEAKLEY & ARENDT, PC

					By:	 /s/ James J. Arendt_____
						James J. Arendt
						Ashley N. Reyes
						Attorneys for Defendants County of Kings and
						Taylor Lopes


Dated:  February 12, 2021			RICKETTS LAW

					By:	  /s/ Morgan Ricketts_____
						 Morgan Ricketts
						 Attorneys for Plaintiff Barry King


Dated:  February 12, 2021			SCHUERING ZIMMERMAN & DOYLE, LLP

					By:	 /s/ Chad C. Couchot_____
						Chad C. Couchot
						Attorneys for Defendants NaphCare, Inc.; Naeem
						Siddiqi M.D.; Alan Aguilar, R.N.; and Robynn
						Weston, NP

**ORDER**

The parties have stipulated to the action being dismissed with prejudice as to the County of Kings and Taylor Lopez. (Doc. 18) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:  **February 12, 2021**			**/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE

Stipulated Dismissal and [Proposed]
Order
						2