# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>            Plaintiff,<br><br>    v.<br><br>KINGS COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendants. | Case No.: 1:20-CV-0943- JLT (PC)<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE |

The Court held an informal telephonic conference due to the plaintiff's request to amend the case schedule and the defense motion for a protective order. After discussing the matter, the parties agreed to certain issues. Thus, the Court **ORDERS**:

   1.   At the request of the defense, the motion for protective order (Doc. 22) is **WITHDRAWN**.

   2.   The deposition of the entity will occur **no later than July 28, 2021**. If after completing the deposition, the plaintiff needs follow-up discovery, upon earlier agreement of counsel, the plaintiff will be permitted to conduct discovery of the entity for up to 30 days after the completion of the entity. Whether it will include written discovery and depositions is not yet determined. If the plaintiff is dissatisfied with the response of the entity, he **SHALL** seek an informal conference with the Court to occur within seven days of the completion of the deposition.

   3.   The parties are reminded of their ongoing obligation to update their initial disclosures, as

needed.

IT IS SO ORDERED.

Dated: __**July 6, 2021**__  _____ **_/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE