# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-CV-00943- JLT (PC)<br><br>ORDER GRANTING STIPULATION TO DISMISS DEFENDANT ALAN AGUILAR<br>(Doc. 39) |

　　　　The parties have stipulated to dismiss defendant Alan Aguilar with prejudice and with each side to bear their own fees and costs.  (Doc. 39) Federal Rules of Civil Procedure Rule 41(a)(1) makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action as to Alan Aguilar only.

IT IS SO ORDERED.

　　Dated:   **September 1, 2021**　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE