CHAD C. COUCHOT, Bar No. 245455
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendants NAPHCARE, INC.; NAEEM SIDDIQI, M.D.; AND ROBYNN WESTON, NP

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING, #BD2778,<br><br>    Plaintiff,<br><br>vs.<br><br>KINGS COUNTY SHERIFF'S OFFICE, a municipal entity; TAYLOR LOPES, an individual; NAPHCARE, INC., a Delaware corporation; ALAN AGUILAR, an individual; ROBYNN WESTON, an individual; NAEEM SIDDIQI, an individual; and DOES 1-20,<br><br>    Defendants.<br>_____ | No.   1:20-cv-0943-JLT (PC)<br><br>**DEFENDANTS NAPHCARE, INC.; NAEEM SIDDIQI, M.D.; AND ROBYNN WESTON, NP'S STIPULATION AND ~~PROPOSED~~ ORDER SHORTENING TIME TO HEAR MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc. 46)** |

Defendants NAPHCARE, INC.; NAEEM SIDDIQI, M.D.; AND ROBYNN WESTON, NP seek to move to strike Plaintiff Barry King's Motion for Partial Summary Judgment (ECF No. 45) for failure to comply with the mandatory requirements pertaining to motions for summary judgment or summary adjudication, set forth in the Scheduling Order issued by the Court on October 5, 2020. ECF No. 13. Specifically, Plaintiff's Motion for Partial Summary Judgment is based on a 39 page and 169 paragraph "Statement of Undisputed Facts in Support of Plaintiff MSJ" which was not distributed to or discussed with Defendants in advance of the filing of

Plaintiff's motion.

The parties have met and conferred and have not been able to reach a resolution of the dispute. Plaintiff proposed that Defendants have an additional five days to prepare their opposition. Defendants did not find that proposed remedy to be acceptable. The parties have stipulated that the Motion to Strike may be heard on shortened time, subject to the approval and availability of the Court.

Defendants are prepared to file their Motion to Strike immediately. A copy of the Motion to Strike and Declaration of Chad Couchot in Support of Defendants' Motion to Strike are attached hereto as Exhibits A and B. Defendants waive the right to file a reply.

In light of the fact that Defendants' opposition to Plaintiff Barry King's Motion for Partial Summary Judgment is due on December 27, 2021, Defendants request that the Motion to Strike be set for a hearing on December 20, 2021, or as soon thereafter as the Court's schedule may permit.

| Dated: December 14, 2021 | Dated: December 14, 2021 |
|---|---|
| SCHUERING ZIMMERMAN & DOYLE, LLP | RICKETTS LAW |
| By: _/s/ Chad C. Couchot_<br>CHAD C. COUCHOT<br>400 University Avenue<br>Sacramento, California  95825<br>*Attorneys for Defendants* | By: _/s/ Morgan Ricketts_<br>MORGAN RICKETTS<br>540 El Dorado Street #202<br>Pasadena, CA 91101<br>*Attorneys for Plaintiff BARRY* |

**ORDER**

GOOD CAUSE APPEARING Defendants' Motion to Strike Plaintiff's Motion for Partial Summary Judgment on Shortened Time is scheduled to be heard on December 20, 2021 at 11:00 a.m. via videoconference. Defendants shall file their motion immediately. Plaintiff's opposition is due December 17, 2021 at noon (PST). No reply or response by Defendants will be permitted.

IT IS SO ORDERED.

Dated:  **December 14, 2021**          **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE