UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00943-BAK (BAM)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Doc. 55) |

　　　　On January 25, 2022, the Court held a status conference to address scheduling in this action following the temporary magistrate judge referral.  As the conference, the Court directed the parties to meet and confer regarding a briefing schedule for anticipated motions for summary judgment/summary adjudication and to submit a proposed schedule for the Court's consideration. (Doc. 54.)  On January 31, 2022, the parties submitted a proposed briefing schedule for anticipated cross-motions for summary judgment.  (Doc.55.)

　　　　Upon consideration of the parties' dates, and cause appearing, the Court sets the following briefing schedule:

　　　　Summary Judgment Motion Filing Deadline:　　　　April 18, 2022
　　　　Oppositions:　　　　　　　　　　　　　　　　　　　　June 13, 2022
　　　　Replies:　　　　　　　　　　　　　　　　　　　　　　June 20, 2022

1

1   The hearing on the motions for summary judgment shall be set for **July 15, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. As necessary and appropriate following resolution of the cross-motions for summary judgment, the Court will reset the Pretrial Conference and Trial dates in this action.

IT IS SO ORDERED.

Dated:   **February 1, 2022**             /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE