# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>        Plaintiff,<br><br>  vs.<br><br>KINGS COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>        Defendants. | Case No.: 1:20-cv-00943-BAK (BAM)<br><br>ORDER GRANTING JOINT REQUEST RE: MOTION FOR SUMMARY JUDGMENT FILING DEADLINE EXTENSION<br><br>(Doc. 59) |

On April 18, 2022, the parties jointly filed a request for extension of time to file any motions for summary judgement. (Doc. 59.) Based upon Plaintiff's motion, and for cause shown, **IT IS ORDERED** that the parties' request is GRANTED. The parties shall have until Friday April 22, 2022, to file any motions for summary judgment.

IT IS SO ORDERED.

Dated: __**April 20, 2022**__          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE