UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>    Plaintiff,<br><br>v.<br><br>ROBYNN WESTON, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00943-CDB (PC)<br><br>**ORDER ON STIPULATION EXTENDING TRIAL DATE AND PRETRIAL DEADLINES**<br><br>(Doc. 90) |

Following its partial grant of Defendants' motion for summary judgment (Doc. 82), on May 11, 2023, the Court entered a pretrial scheduling order setting a jury trial for February 26, 2024. (Doc. 84).

Pending before the Court is the parties' stipulation to continue pretrial and trial dates, filed November 20, 2023. (Doc. 90). The parties represent that the pretrial and trial dates should be continued as Plaintiff's counsel will be on maternity leave from late January through early May 2024. *Id.*

For good cause shown, the following dates are continued as follows:

1. Motions in *limine*:

    File – **June 3, 2024**

    Respond – **June 14, 2024**

    Reply – **June 21, 2024**

    Hearing – **July 5, 2024**

2. Jury instructions, proposed verdict form:

    Party-submitted – **June 27, 2024**

      Joint & Disputed – **July 3, 2024**

       Hearing – **July 5, 2024**

3. List of discovery documents – **June 21, 2024**

4. Counter designations (deposition transcripts) – **July 3, 2024**

5. Joint Pretrial Statement – **June 25, 2024**[1]

6. Pretrial Conference – **July 5, 2024**

7. Jury Trial – **July 22, 2024**u

     All other provisions of the pretrial scheduling order (Doc. 84) not inconsistent with the amended case management dates identified above remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 27, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties shall file the joint pretrial statement not less than ten days before the pretrial conference.  (Doc. 84 p. 4).

2