UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBYNN WESTON, et al.,<br><br>            Defendants. | Case No. 1:20-cv-00943-CDB(PC)<br><br>ORDER ON STIPULATION EXTENDING PRETRIAL CONFERENCE<br><br>(Doc. 92) |

Pending before the Court is the parties' stipulated request for a brief extension of the pretrial conference from July 5, 2024, to July 12, 2024.  (Doc. 92). In addition, Plaintiff's counsel requests that the pretrial conference begin at 3:00 p.m. and that she be permitted to appear remotely. *Id.*

For good cause shown, the pretrial conference is continued from July 5, 2024, to **July 12, 2024, at 3:00 p.m.**  Counsel for either party may appear at the pretrial conference remotely via Zoom videoconference with the understanding that, should they seek at trial to make use of the Court's audio-visual equipment, they shall coordinate with the undersigned's courtroom deputy clerk at least seven (7) days in advance to conduct an in-person orientation at the courthouse.  The parties are reminded of their obligations to make certain filings and appearances as set forth in the operative Pretrial Scheduling Order, including filing of a joint pretrial statement. *See* (Doc. 84).

IT IS SO ORDERED.

Dated:   **April 18, 2024**                                   _____
                                                                                UNITED STATES MAGISTRATE JUDGE