# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING, | Case No. 1:20-cv-00943-CDB (PC) |
| Plaintiff, | |
| v. | |
| WESTON, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BARRY KING, CDCR NO. BD2778** |
| Defendants. | |

**Barry Shane King,** inmate, **CDCR No. BD2778**, the plaintiff in this case and a necessary participant in a jury trial commencing on July 22, 2024, is confined at Pelican Bay State Prison (PBSP), in the custody of the Warden.  In order to secure this inmate's personal attendance for the duration of trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before Magistrate Judge Christopher D. Baker, in the United States Courthouse located at 510 19th Street, Bakersfield, California, on **July 22, 2024, at 9:00 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above**, along with any necessary legal property**, to appear **in person** to testify in the United States District Court at the time and place above, and from day to day until completion of the court proceedings or as ordered by the court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The custodian is ordered to notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19.

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Pelican Bay State Prison at (707) 465-9099 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Pelican Bay State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before Judge Baker beginning at the time and place above, until completion of the jury trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ and to notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

