UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBYNN WESTON, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-000943-CDB (PC)<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL DATE**<br><br>(Doc. 106) |

The parties submitted a Stipulation and Proposed Order to Continue Trial and Related Dates on June 19, 2024. (Doc. 106.) Specifically, the parties propose continuing the trial to a date convenient for the Court in April 2025, and stipulate that all deadlines identified in the pretrial scheduling order "shall follow the new trial date." (*Id*. at 1.)

For good cause shown, the trial set for July 22, 2024, is HEREBY VACATED and continued to April 2, 2025. A pretrial conference is set for February 13, 2025. The Court will issue an amended pretrial scheduling order separately.

IT IS SO ORDERED.

Dated: __**June 21, 2024**__       _____
                                   UNITED STATES MAGISTRATE JUDGE