UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>      Plaintiff,<br><br>v.<br><br>ROBYNN WESTON, et al.,<br><br>      Defendants. | Case No.: 1:20-cv-000943-CDB (PC)<br><br>**ORDER VACATING PRETRIAL CONFERENCE SET FOR FEBRUARY 13, 2025**<br><br>**ORDER CONVERTING JURY TRIAL SET FOR APRIL 2, 2025 TO A PRETRIAL CONFERENCE** |

Following settlement conference proceedings held January 15, 2025, this case has settled, and the parties have been directed to finalize their settlement agreement within 30 days. (*See* Doc. 119.) Thus, dispositive documents are due February 14, 2025, or one day after the pretrial conference presently set for February 13, 2025.[1] Therefore, the Court will vacate the pretrial conference scheduled for February 13, 2025, and convert the jury trial presently scheduled for April 2, 2025, to a pretrial conference. Presuming the settlement is finalized and dispositional documents timely filed, any appearance on April 2, 2025, will become unnecessary.

Accordingly, the Court **HEREBY ORDERS**:

1. The pretrial conference scheduled for February 13, 2025, is **VACATED**; and

---

[1] The Court will issue a separate order discharging the writ concerning Plaintiff's appearance on February 13, 2025.

2. The jury trial scheduled for April 2, 2025, is **CONVERTED** to a pretrial conference.

IT IS SO ORDERED.

Dated:   **January 16, 2025**                             _____
                                                                                         UNITED STATES MAGISTRATE JUDGE

2