UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBYNN WESTON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-000943-CDB (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BARRY KING, CDCR NO. BD2778** |

The pretrial conference previously set for February 13, 2025, in this matter has been vacated. Inmate Barry King, CDCR No. BD2778, is no longer needed by the Court as a participant in proceedings on that date, and the writ of habeas corpus ad testificandum issued January 8, 2025, as to this inmate is HEREBY DISCHARGED. The Clerk of the Court is directed to serve a copy of this Order via fax on the Litigation Office at Pelican Bay State Prison at (707) 465-9099 or via email.

IT IS SO ORDERED.

Dated:  **January 16, 2025**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE